NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LORENZO MARQUEZ,        )
        )
    Appellant,        )
        )
v.        )    Case No. 2D18-4929
        )
STATE OF FLORIDA,        )
        )
    Appellee.        )
_____ )

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; J. Frank Porter, Judge.

Michelle Walsh of Law Offices of Michelle
Walsh, P.A., Miami, for Appellant.

PER CURIAM.

        Affirmed.

NORTHCUTT, LaROSE, and ATKINSON, JJ., Concur.